No. 142, Misc. EDMONDSON *v.* BRADY, WARDEN. June 2, 1947. The motion for leave to file petition for writ of certiorari is denied.

No. 143, Misc. MALOYAN *v.* UNITED STATES CONGRESS. June 2, 1947. The application is denied.

No. 144, Misc. EX PARTE SWITZER. June 2, 1947. The application is denied for the reason that it is not made within the time provided by law.

No. 1317. FURMAN *v.* RAGEN, WARDEN. June 2, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, dismissed on motion of the petitioner.

No. 1234. HELFEND *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. See *post,* p. 838.

No. 107, Misc. EX PARTE BEST. June 9, 1947. The application is dismissed on motion of counsel for the petitioner.

No. 146, Misc. FORD *v.* RAGEN, WARDEN; and
No. 148, Misc. HOOPER *v.* RAGEN, WARDEN. June 9, 1947. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 147, Misc. JOHNSON *v.* UTAH. June 9, 1947. The application is denied.